AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 22-860M(NJ) | Date and time warrant executed: 3/2/22 @ 10:24 AM | Copy of warrant and inventory left with: T-Mobile, Verizon, AT&T, USCell + Sprint |
|---|---|---|
| Inventory made in the presence of : | N/A | |

Inventory of the property taken and name(s) of any person(s) seized:

Cell Tower Information for the below locations, dates, and times

Location | Date & Time

① 1408 South 79th Street, West Allis, WI — March 7, 2021 at 5:00 PM - March 7, 2021 at 8 PM

② 1408 South 79th Street, West Allis, WI — March 7, 2021 at 10:00 PM - March 8, 2021 at 9:58 AM

③ 1408 South 79th Street, West Allis, WI — March 16, 2021 at 10:30 PM - March 17, 2021 at 8:30 AM

④ 8726 West Mitchell Street, West Allis, WI — October 28, 2021 at 9 PM - October 29, 2021 at 7 AM

⑤ 8722 West Mitchell Street, West Allis, WI — February 3, 2022 at 9:30 PM - February 4, 2022 at 7 AM

⑥ 8722 West Mitchell Street, West Allis, WI — February 22, 2022 at 6 PM - February 23, 2022 at 7 PM

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/3/2022

*Executing officer's signature*

Collen Brennan, Special Agent (FBI)
*Printed name and title*